IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**TIMOTHY MOYNIHAN**
    Plaintiff

v.

**PROVIDIAN FINANCIAL CORP.**
    Defendant

Civil Action No.:
JFM 02-2795

* * * * * * * * * * * * * * * * * * * * *

### ORDER FOR SUBSTITUTION OF REAL PARTY IN INTEREST

Upon consideration of the motion filed by the plaintiff, it is this ___ day of September, 2002, ORDERED that, pursuant to Federal Rules of Civil Procedure 17 (a) and 25, "Providian National Bank" is hereby substituted as the real party in interest instead of "Providian Financial Corporation" and this action shall continue solely against Providian National Bank.

United States District Court Judge

cc:  Darren Margolis
     Bierer & Margolis, P.A.
     926 St. Paul Street
     Baltimore, MD 21202

     J. Preston Turner
     Pope & Hughes
     29 W. Susquehanna Avenue Suite 110
     Towson, MD 21204

