## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

September 20, 2002

MEMO TO COUNSEL RE: Timothy Moynihan v. Providian Financial Corp.
Civil No. JFM-02-2795

Dear Counsel:

This will confirm the schedule set during the scheduling conference held yesterday.

| | |
|---|---|
| December 20, 2002 | Discovery deadline and deadline for submitting status report (including statement whether you request a mediation conference before a magistrate judge) |
| January 17, 2003 | Deadline for defendant's summary judgment motion |
| February 7, 2003 | Deadline for plaintiff's opposition to defendant's summary judgment motion and cross-motion for summary judgment |
| February 21, 2003 | Deadline for defendant's opposition/reply |
| March 7, 2003 | Deadline for plaintiff's reply |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File