IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TIMOTHY MOYNIHAN | * |
| v. | * Civil No. JFM-02-2795 |
| PROVIDIAN NATIONAL BANK | * |

*****

ORDER

Upon consideration of plaintiff's motion for leave to file amended complaint to which defendant has filed no opposition, it is, this 29th day of October 2002

ORDERED that the motion be granted.

_____
J. Frederick Motz
United States District Judge