

LAW OFFICES
# POPE & HUGHES
A PROFESSIONAL ASSOCIATION
THE SUSQUEHANNA BUILDING
SUITE 110
29 W. SUSQUEHANNA AVENUE
TOWSON, MARYLAND 21204

(410) 494-7777
Facsimile (410) 494-1658

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JAN 16  A 11: 25
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

J. Preston Turner
pturner@popehughes.com

January 15, 2003

*Via Hand Delivery*

The Honorable J. Frederick Motz
U.S. District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St., Chambers 5A
Baltimore, Maryland 20201

      Re:  Timothy Moynihan v. Providian Financial Corp.,
           Case No. JFM-02-CV-2795

Dear Judge Motz:

    I write on behalf of all parties in the above-referenced civil action. This civil action was removed to this Court on August 22, 2002. Under the Court's September 20, 2002 letter to the parties, the Court established summary judgment dates commencing on January 17, 2003. The parties have conferred and are in the process of creating a Joint Stipulation of Facts because the parties believe the facts upon which summary judgment will be decided are largely uncontested. The parties have exchanged discovery requests and documents related to this Stipulation, and the parties ultimately believe that proceeding on an agreed set of facts will expedite the summary judgment process.

    The parties respectfully request a thirty (30) day extension to the summary judgment schedule established in the Court's September 20, 2002 letter to complete the Stipulation, which would result in the following dates:

    February 17, 2003:    Defendant's Summary Judgment Motion

Approved
/s/ JMK
1/16/03

Hon. J. Frederick Motz
January 15, 2003
Page 2

| | |
|---|---|
| March 7, 2003: | Plaintiff's Opposition to Defendant's Summary Judgment Motion and Cross-Motion for Summary Judgment |
| March 21, 2003: | Deadline for Defendant's Opposition/Reply |
| April 7, 2003: | Plaintiff's Reply. |

Despite the informal nature of this letter, the parties respectfully request the Court to treat it as a motion to modify the Court's September 20, 2002 scheduling letter.

Respectfully submitted,

J. Preston Turner

JPT:ylh

cc: Darren Margolis, Esquire