IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
                        (NORTHERN DIVISION)
                                *
**TIMOTHY MOYNIHAN**
       Plaintiff                *

v.
                                •    Civil Action No.:
**PROVIDIAN NATIONAL BANK**
                                *    JFM 02-2795
       Defendant

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

     Now Comes Timothy Moynihan, by and through his attorneys, Darren Margolis and Bierer & Margolis, P.A., to request leave to file the attached Amended Complaint, and for cause states:

     1.   The original complaint sought relief under Maryland's Uniform Commercial Code.  The parties now understand that the case is to be controlled by New Hampshire law.  Accordingly plaintiff is substituting the references to Maryland's UCC with the parallel provisions of the New Hampshire UCC.  Defendant consents.

     WHEREFORE the Plaintiff requests that the attached amended complaint be accepted by this Court.

 

                                               Darren Margolis #023806
                                               Bierer & Margolis
                                               926 St. Paul Street
                                               Baltimore, MD 21202-2045
                                               (410) 539-5855
                                               Attorney for Plaintiff

```
                    CERTIFICATE OF SERVICE
     I HEREBY CERTIFY that a copy of this motion with attached
amended pleadings was sent via prepaid, first class mail, on
March 11, 2003 to: J. Preston Turner, Pope & Hughes, 29 W.
Susquehanna Avenue, Suite 110, Towson, MD 21204.
```

_____
Darren Margolis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

**TIMOTHY MOYNIHAN**
    Plaintiff                                    *

v.

                                              •    Civil Action No.:

**PROVIDIAN NATIONAL BANK**
                                              *    JFM 02-2795

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT</u>**

Upon consideration of the motion filed by the plaintiff, it is this ____ day of March, 2003, ORDERED that, pursuant to Local Rule 103 (6), the proposed amended complaint is accepted by the Court.

 

_____
United States District Court Judge


cc:   Darren Margolis
      Bierer & Margolis, P.A.
      926 St. Paul Street
      Baltimore, MD 21202

      J. Preston Turner
      Pope & Hughes
      29 W. Susquehanna Avenue Suite 110
      Towson, MD 21204