IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TIMOTHY MOYNIHAN | * | |
| Plaintiff | * | |
| v. | * | |
| PROVIDIAN FINANCIAL CORP. | * | Civil Action No. JFM-02-CV-2795 |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FILING OF PAPER EXHIBITS**

Now Comes Timothy Moynihan, plaintiff, by and through his attorneys Darren Margolis and Bierer & Margolis, P.A., to file Exhibits A-C to the cross-motion for summary judgment which he filed this week. Plaintiff was unable to successfully convert these documents into electronic data for filing. Exhibits have already been provided to defense counsel with the motion.

/S/

_____

Darren Margolis #023806
Bierer & Margolis
926 St. Paul Street
Baltimore, MD 21202-2045
(410) 539-5855
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this notice was sent via prepaid, first class mail, on March 14, 2003 to: J. Preston Turner, Pope & Hughes, 29 W. Susquehanna Avenue, Suite 110, Towson, MD 21204.

/S/

_____

Darren Margolis