LAW OFFICES

# POPE & HUGHES

A PROFESSIONAL ASSOCIATION
THE SUSQUEHANNA BUILDING
SUITE 110
29 W. SUSQUEHANNA AVENUE
TOWSON, MARYLAND 21204

(410) 494-7777
Facsimile (410) 494-1658

J. Preston Turner
jpturner@popehughes.com

March 27, 2003

*Via Electronic Filing*

The Honorable J. Frederick Motz
U.S. District Court
  for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St., Chambers 5A
Baltimore, Maryland  20201

      Re:  Timothy Moynihan v. Providian Financial Corp.,
           Case No. JFM-02-CV-2795

Dear Judge Motz:

      I write on behalf of all parties in the above-referenced civil action to seek the extension of two dates related to summary judgment briefs.  The date for Plaintiff to file his opposition and cross-motion for summary judgment was extended, and Defendant now seeks an extension of the date by which it must reply to Plaintiff's cross-motion.

      The parties respectfully request an extension of the briefing deadlines for Plaintiff's Opposition to Defendant's cross-motion for summary judgement, and the date for Plaintiff's final reply brief to the following dates:

| | |
|---|---|
| April 9, 2003: | Deadline for Defendant's Opposition to Plaintiff's Motion for Summary Judgement/Reply brief for Plaintiff's Motion for Summary Judgement. |
| April 23, 2003: | Plaintiff's final Reply Brief. |

      Despite the informal nature of this letter, the parties respectfully request the Court to treat it as a motion to modify the Court's September 20, 2002 scheduling letter.

Hon. J. Frederick Motz
March 27, 2003
Page 2

Respectfully submitted,

J. Preston Turner

JPT:ylh

cc:  Darren Margolis, Esquire (via electronic filing)