IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TIMOTHY MOYNIHAN | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: |
| PROVIDIAN FINANCIAL CORPORATION | * | JFM-02-CV-2795 |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## REQUEST FOR HEARING

Defendant, Providian National Bank, N.A., by its undersigned attorneys, hereby requests a hearing on Defendant's Motion for Summary Judgement and on Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

_____
J. Preston Turner
Federal Bar Number: 08449
POPE & HUGHES
29 W. Susquehanna Avenue
Suite 110
Towson, Maryland 21204
(410) 494-7777

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2003, Defendant has served a copy of the foregoing pleading via electronic filing, upon:

> Darren Margolis, Esquire
> 926 St. Paul Street
> Baltimore, Maryland 21202
>
> Attorney for Plaintiff

_____
J. Preston Turner