IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY MOYNIHAN | * | |
| | * | |
| v. | * | CIVIL NO. JFM-02-2795 |
| | * | |
| PROVIDIAN FINANCIAL CORP. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of July 2003

ORDERED that

1. Defendant's motion for summary judgment is granted;

2. Plaintiff's cross-motion for summary judgment is denied;

3. Judgment is entered in favor of defendant against plaintiff; and

4. This case is closed.

/s/
J. Frederick Motz
United States District Judge