```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
                 (NORTHERN DIVISION)
             Civil Action No.: JFM-02-2795
                          *
```
**TIMOTHY MOYNIHAN**
    Plaintiff                 *

v.

                              •       NOTICE OF APPEAL

**PROVIDIAN FINANCIAL CORP.**
                              *

    Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **NOTICE OF APPEAL**

      Notice is hereby given that Timothy Moynihan, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the summary judgment entered in this action on July 14, 2003.

                                      /S/
                                      _____
                                      Darren Margolis #023806
                                      Bierer & Margolis
                                      926 St. Paul Street
                                      Baltimore, MD 21202-2045
                                      (410) 539-5855
                                      Attorney for Plaintiff

                    CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this notice was sent via electronic on August 11, 2003, 2003 to: J. Preston Turner, Pope & Hughes, 29 W. Susquehanna Avenue, Suite 110, Towson, MD 21204.

                                      /S/
                                      _____
                                      Darren Margolis